| CORRECTIVE ACTION REQUEST | 1. DATE (YYMMDD) 180605 | 2. REFERENCE NUMBER 8ASW320180013 |
|---|---|---|
| **TO:**<br>Emmy Downs<br>Program/Operations Manager<br>INSECT SHIELD, LLC<br>814 W MARKET ST<br>GREENSBORO, NC 27401<br>US | **FROM:** (Quality Assurance Representative)<br>Bobby J. Byers<br>Quality Assurance Representative<br>DCMA HAMPTON<br>2000 ENTERPRISE PARKWAY<br>SUITE 200<br>HAMPTON, VA 23666 | |

### 3. NONCOMPLIANCE(S)

DCMA HAMPTON observed non-compliance(s) on May 18, 2018 as detailed below. This non conformance was also identified by Emmy Downs. The non-compliance(s) impact(s) CAGE code(s) 8ASW3. The non-compliance(s) was/were identified at INSECT SHIELD, LLC, 814 W MARKET ST, GREENSBORO, NC, US. This CAR should be treated as a customer complaint.

```
NonCompliance 1 Level II

Contractual Requirement:
FAR 52.246-2 Section (b) The Contractor shall provide and maintain an inspection system acceptable to the
Government covering supplies under this contract and shall tender to the Government for acceptance only
supplies that have been inspected in accordance with the inspection system and have been found by the
Contractor to be in conformity with contract requirements. As part of the system, the Contractor shall prepare
records evidencing all inspections made under the system and the outcome. These records shall be kept complete
and made available to the Government during contract performance and for as long afterwards as the contract
requires. The Contract Technical Requirements (DLA Troop Support) dated 4/04/2018 under Government
Notification Results states, "Copies of all test reports (with completed DD1222s) and Certificates of
Conformance pertaining to permethrin treatment shall be forwarded to Army and DLA Troop Support" KTR has not
complied with these techincal requirements.

Non-Compliance Description:
KTR has not complied with forwarding permethrin test lab results and Certificate of Conformances of each lot
to DLA Troop Support (Natick) for verification and records retention since January 2018.
```

**3A. THIS DISCREPANCY WILL AFFECT PRODUCTION SCHEDULES** (If "YES" is checked, send copy to production element)
☐ YES   ☒ NO

### 4. REPLY INSTRUCTIONS

A response to this Corrective Action Request must be received by close of business JUNE 15, 2018. The response must include 1) Root Cause of the noncompliance; 2) Corrective Action taken or planned to eliminate the cause(s) and prevent recurrence of the noncompliance to include addressing people, process and/or tools as indicated. 3) Actions taken to correct the specific noncompliance. 4) Determination of whether other processes are affected by the identified root cause(s). 5) Determination of whether other products are affected by the identified root cause(s), including product already delivered to the customer. 6) Action taken to correct the weakness which allowed deficient product to be presented to the government for acceptance. 7) Target date(s) for implementation of planned actions. Nothing in this CAR changes any terms, or conditions of the contract, or waives any rights the Government has under the contract or in law.

Bobby J. Byers, Quality Assurance Representative, has approved the issuance of this CAR on June 05, 2018.

**DD Form 1715, MAR 83 (EG)**    FOR OFFICIAL USE ONLY

Exhibit A

## 5. CONTRACTOR'S REPLY

### 1. Root Cause of Noncompliance

There was not a company procedure in place to alert to a failure of sending lab reports to Natick. Emmy Downs failed to send copies of all test reports and completed DD1222s to Natick in a timely manner due to poor management of duties.

### 2. Corrective Action taken or planned to eliminate the cause and prevent recurrence of the noncompliance to include addressing people, processes and/or tools as indicated

Responsibility of sending test reports and completed DD1222s to Natick is now shared between Emmy Downs and Shannon Ridge. A "QAR Checklist" has been created which has 12 items that must all be checked off for each inspection report to be ready for presentation (see attachment 1). The 8th item on the checklist is "Copy of Email with Lab Results Sent to Natick" which must be checked as verification that the lab results and completed DD1222 has already been sent by email to Natick.

### 3. Actions taken to address the specific noncompliance

All test reports and completed DD1222s are required to be emailed to Natick before presentation to QAR for inspection. A copy of the email is required to be printed out and included as the first page of the inspection report for all lots (see attachment 2). The "QAR Checklist" is present with all inspection reports. The checklist is double checked by at least two Insect Shield employees prior to presentation, ensuring that the copy of the email to Natick with completed DD1222 and lab results is present with each inspection report.

### 4. Determination of whether other processes are affected by the identified rood cause

No other processes are affected by the identified root cause.

### 5. Determination of whether other products are affected by the identified root cause, including product already delivered to the customer

All overdue test reports and completed DD1222s have been sent to Natick.

### 6. Action taken to correct the weakness which allowed deficient product to be presented to the government for acceptance

No deficient product was presented to the government for acceptance.

### 7. Target date(s) for implementation of planned actions

All overdue test reports and completed DD1222s were sent to Natick May 18th - May 21st, 2018. The requirement of email copy included as first page of inspection report was implemented during May 22nd inspection and continues indefinitely.

| 5A. TYPED OR PRINTED NAME OF CONTRACTOR REPRESENTATIVE (Last, First, MI) | 5B. SIGNATURE | 5C. DATE (YYMMDD) |
|---|---|---|
| Downs, Emmy | *[signature]* | 180712 |

## 6. VERIFICATION:

| 6A. INITIATOR | 6B. DISPOSITION | 6C. DATE (YYMMDD) |
|---|---|---|
| Bobby J. Byers | | |

## 7. FOLLOW-UP

DD Form 1715 Reverse, MAR 83     FOR OFFICIAL USE ONLY

Exhibit A