
Herrmann & Murphy
1712 Euclid Avenue
Charlotte, NC 28203





John S. Brubaker
U.S. District Court for the M.D.N.C.
324 W. Market Street
Greensboro, NC 27401



