IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No: 1:19-CV-1026-JEP

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* EMELIA DOWNS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INSECT SHIELD, LLC and the ) <br> ESTATE of RICHARD LANE, ) <br> ) <br> Defendants. ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

In accordance with and subject to a settlement agreement by and between them executed on January 6, 2026, the United States of America, Relator Emelia Downs, and Defendant Insect Shield, LLC stipulate to dismissal of all claims asserted against Defendant Insect Shield, LLC in this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 31 U.S.C. §3730(b)(1). No other parties to this action are dismissed hereby.

Respectfully submitted, this the 15th day January 2026.

| | |
|---|---|
| BRETT A. SHUMATE <br> Assistant Attorney General <br> <br> */s/ Jonathan K. Hoerner* <br> Jamie Ann Yavelberg <br> Michal Tingle <br> Jonathan K. Hoerner <br> Jeffrey A. McSorley <br> Jikky Thankachan <br> Attorneys, Civil Division <br> U.S. Department of Justice | */s/ D.J. O'Brien III* <br> Kearns Davis <br> N.C. Bar No. 22014 <br> kdavis@brookspierce.com <br> D.J. O'Brien III <br> N.C. Bar No. 35481 <br> dobrien@brookspierce.com <br> Christopher B. Dodd <br> N.C. Bar No. 59294 <br> cdodd@brookspierce.com <br> BROOKS, PIERCE, MCLENDON, |

175 N Street NE, Room 10-1332
Washington, DC 20002
(202) 307-6946
jonathan.k.hoerner@usdoj.gov

DAN BISHOP
United States Attorney

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
Middle District of North Carolina
101 South Edgeworth St., 4th Floor
Greensboro, NC 27401
(336) 333-5351
lynne.klauer@usdoj.gov


*/s/ Sean F. Herrmann*
Sean F. Herrmann
(NC Bar No. 44453)
400 Clarice Avenue
Suite 100
Charlotte, NC 28204
Phone: (704) 940-6399
Fax: (704) 940-6407

*Attorney for Relator
Emelia Downs*

HUMPHREY & LEONARD, L.L.P.
2000 Renaissance Plaza
230 North Elm Street
Greensboro, North Carolina, 27401
Tel. (336) 373-8850

*Attorneys for Defendant Insect
Shield, LLC*